Michael Friedland (State Bar No. 157,217)
mfriedland@knobbe.com.com
Boris Zelkind (State Bar No. 214,014)
boris.zelkind@knobbe.com
Adam Powell (State Bar No. 272,275)
adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Phone: (858) 707-4000
Facsimile: (858) 707-4001

Attorneys for Plaintiff
AMRON INTERNATIONAL DIVING SUPPLY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRON INTERNATIONAL DIVING SUPPLY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYDROLINX DIVING COMMUNICATION, INC., a California corporation; SAAD SADIK, aka TODD SADIK, aka JOHN SADIK, aka DALYA ESTEPHAN, aka STEVEN MORALES, aka STEPHAN MORALES, aka FRANK JASHUA, an individual,<br><br>Defendants. | Case No. 11cv1890 CAB (KSC)<br><br>**PLAINTIFF AMRON'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO THE JULY 9, 2012 ORDER**<br><br>Date:  October 19, 2012<br>Time:  1:30 p.m.<br>Courtroom 2,. 4th Floor<br>Honorable Cathy Ann Bencivengo |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 19, 2012 at 1:30 p.m., Plaintiff Amron International Diving Supply, Inc. ("Amron"), will appear in the above referenced Court, located at 940 Front Street, Courtroom 2, 4th Floor, San Diego, CA  92101, and will, and hereby does, move the Court for damages.

## MOTION

Plaintiff Amron International Diving Supply, Inc. ("Amron") hereby moves the Court for default judgment pursuant to Fed. R. Civ. P. 55.  This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Boris Zelkind, Esq., Debra Ritchie, Scott Ritchie and William Garmer with supporting exhibits, filed concurrently herewith, and all of the documents and evidence of record in this Civil Action, as well as such other oral and/or documentary evidence as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  August 3, 2012          By:  s/Boris Zelkind
                                     Michael K. Friedland
                                     Boris Zelkind
                                     Adam Powell

Attorneys for Plaintiff
AMRON INTERNATIONAL DIVING
SUPPLY, INC.

-1-                    Notice of Motion and Motion
                       Case no. 11cv1890 CAB (KSC)

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2012, I caused the **PLAINTIFF AMRON'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO THE JULY 9, 2012 ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

**FOR DEFENDANT HYDROLINX:**

**FOR DEFENDANT SAAD SADIK:**
**VIA EMAIL**

Saad Sadik
saad@hydrolinx.com
5933 Sea Lion Place, Suite 108
Carlsbad, CA 92010

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on August 3, 2012, at San Diego, California.

Megan Placin

AMRONL.002L

13585596
070912