FILED

UNITED STATES COURT OF APPEALS

OCT 25 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMRON INTERNATIONAL DIVING SUPPLY, INC., a California corporation,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HYDROLINX DIVING COMMUNICATION, INC., a California corporation; et al.,<br>Defendants - Appellants. | No. 12-56842<br><br>D.C. No. 3:11-cv-01890-CAB-KSC<br>Southern District of California, San Diego<br><br>ORDER |

A further review of the district court docket demonstrates that this case is not governed by Ninth Circuit Rule 3-3.  Therefore, this appeal shall proceed in the usual course.

The transcripts shall be designated by November 14, 2012. The transcript is due by December 14, 2012. The opening brief and excerpts of record are due January 23, 2013; the answering brief is due February 22, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Dru E. Van Dam
Deputy Clerk

dev/MOATT